1

2

3

4

5

6

7

8              UNITED STATES DISTRICT COURT

9            NORTHERN DISTRICT OF CALIFORNIA

10                  SAN JOSE DIVISION

11

12  KATHLEEN MARY VIERRA,              )     Case No.: C 10-2239 PVT
                                       )
13              Plaintiff,             )     **ORDER CONTINUING CASE**
                                       )     **MANAGEMENT CONFERENCE; AND**
14        v.                           )
                                       )     **DIRECTING PLAINTIFF TO PROPERLY**
15  STEPHEN J. HUNT,                   )     **SERVE DEFENDANT**
                                       )
16              Defendant.             )
    _____ )

17

18        A Case Management Conference was scheduled in this case for 2:00 p.m. on August 31,

19  2010.  None of the parties made an appearance at the Case Management Conference.  In addition, it

20  appears from the docket that Plaintiff attempted to effect service of process by mailing the summons

21  and complaint on Defendant by mail.  Such service does not meet the requirements of Federal Rules

22  of Civil Procedure 4.  Therefore, based on the file herein,

23        IT IS HEREBY ORDERED that the Case Management Conference is CONTINUED to

24  2:00 p.m. on November 16, 2010  in Courtroom 5 of this court.  The parties shall file their Case

25  Management Conference Statements no later than November 9, 2010.

26        IT IS FURTHER ORDERED that, no later than October 5, 2010, Plaintiff shall have the

27  summons and complaint (along with the other documents required to be served with the complaint),

28  served on Defendant by having a process server (or other non-party over the age of 18) either:

ORDER, *page 1*

1   1) deliver copies to Defendant personally; or 2) leave copies at Defendant' dwelling or usual place of

2   abode with someone of suitable age and discretion who resides there.  *See*, FED.R.CIV.PRO. 4(e)(2).

3   Plaintiff shall file a proof of such service no later than October 12, 2010.

4   Dated: *8/31/10*

5   PATRICIA V. TRUMBULL

6   United States Magistrate Judge

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

2  copies mailed on ___9/1/10___   to:

3  Kathleen Mary Vierra
   1093 Leigh Avenue, #92
4  San Jose, CA 95126

5

6                                         _/s/   Donna Kirchner_____
                                          DONNA KIRCHNER
7                                         Judicial Law Clerk

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

ORDER, *page 3*