

**FILED**

DEC 0 8 2010

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

KATHLEEN MARY VIERRA,

    Plaintiff,

v.

STEPHEN J. HUNT,

    Defendant.

Case No.: C 10-2239 PSG

**ORDER** Setting Aside Default, Scheduling Hearing on Defendant's Motion to Dismiss, and Further Continuing Case Management Conference

On November 9, 2010, the court issued an order directing the clerk of the court to enter default against Defendant Stephen Hunt based on his failure to timely respond to the complaint, but also ordering that the default would be deemed set aside if the Defendant filed either an answer, or a motion under Rule 12 of the Federal Rules of Civil Procedure ("Rule 12"), no later than November 26, 2010. Defendant filed a Rule 12 motion on November 29, 2010. Although the motion was not filed by the November 26, 2010 deadline set in this court's prior order, in light of the policy in favor of resolving cases on the merits,[1] and Defendant's *pro se* status,[2] the court finds it appropriate to set

---

[1]     See *TCI Group Life Ins. Plan v. Knoebber*, 244 F.3d 691, 696 (9th Cir. 2001) (emphasizing that default judgments "are 'appropriate only in extreme circumstances; a case should, whenever possible, be decided on the merits'"

[2]     See *Draper v. Coombs*, 792 F.2d 915, 924 (9th Cir. 1986) (Under Ninth Circuit case law, *pro se* litigants are treated with "great leniency" when evaluating compliance with "the technical rules of civil procedure").

aside the default, set a briefing schedule for Defendant's motion to dismiss or change venue, and continue the Case Management Conference. Therefore,

IT IS HEREBY ORDERED that the default entered by the clerk of the court on November 9, 2010 is SET ASIDE.

IT IS FURTHER ORDERED that, no later than January 11, 2011, Plaintiff shall serve on Defendant (by first class mail) and file with the court her opposition to Defendant's motion to dismiss or change venue.[3] No later than January 25, 2011, Defendant shall serve on Plaintiff (by first class mail) and file with the court his reply. Along with their respective briefs, the parties shall each serve and file either a "Consent to Proceed Before a United States Magistrate Judge," or else a "Declination to Proceed Before a United States Magistrate Judge and Request for Reassignment." Both forms are available from the clerk of the court, or from the court's website at www.cand.uscourts.gov in the Forms (Civil) section. Absent further order of the court, the motion will be deemed submitted on the papers at that time.

IT IS FURTHER ORDERED that the Case Management Conference in this case is CONTINUED to 2:00 p.m. on February 22, 2011. The parties shall serve and file Case Management Conference Statements no later than February 16, 2011.

Dated: December 8, 2010

PAUL S. GREWAL
United States Magistrate Judge

---

[3] The parties can find information about briefing motions in the court's Handbook for Litigants Without a Lawyer, which is available from the clerk of the court, or by clicking on the "Pro Se Handbook" link in the list on the right-hand side of the court's website.

ORDER, *page 2*

copies mailed on _____ to:

Kathleen Mary Vierra
1093 Leigh Avenue, #92
San Jose, CA 95126

Stephen Hunt
c/o Fanin Group
1312 North Monroe
Spokane, WA  99201

Stephen Hunt
4215 South Hollow St.
Spokane, WA  99206

_____
OSCAR RIVERA
Courtroom Deputy

ORDER, *page 3*