UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| KATHLEEN MARY VIERRA, ) | Case No.: C 10-2239 PSG |
|         Plaintiff, ) | **ORDER THAT CASE BE REASSIGNED** |
|   v. ) | |
| STEPHEN J. HUNT, ) | |
|         Defendant. ) | |

On December 8, 2010, the court issued an order setting a briefing schedule for Defendant's motion to dismiss or to change venue and directing the parties either file either a "Consent to Proceed Before a United States Magistrate Judge," or else a "Declination to Proceed Before a United States Magistrate Judge and Request for Reassignment" no later than January 25, 2011.[1] To date, neither party has consented to or declined to proceed before a magistrate judge.

IT IS HEREBY ORDERED that this case be reassigned to a district judge. The case management conference set for March 29, 2011 is vacated.

Dated: March 28, 2011

                                              PAUL S. GREWAL
                                              United States Magistrate Judge

---

[1] See 12/8/10 Order Set. Aside Default, Sched. Hearing on Def.'s Mot. To Dismiss, and Further Cont. Case Mgmt. Conf. (Docket No. 17).

ORDER, *page 1*

**Notice of this filing was automatically mailed to counsel via the court's Electronic Case Filing system.**

**A copy of this filing was mailed to:**

Kathleen Mary Vierra
1093 Leigh Avenue
#92
San Jose, CA 95126

Stephen J Hunt
4215 S. Hollow Street
Spokane Valley, WA 99206

Dated: March 28, 2011

                                            */s/ Chambers Staff*
                                      Chambers of U.S. Magistrate Judge Paul S. Grewal