UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| KATHLEEN MARY VIERRA,<br><br>                Plaintiff,<br>    v.<br><br>STEPHEN J. HUNT,<br><br>                Defendant. | Case No.: 10-CV-02239-LHK<br><br>ORDER SETTING CASE MANAGEMENT CONFERENCE AND OPTION FOR SETTLEMENT CONFERENCE |

This case was recently reassigned to the undersigned Judge. Because no initial Case Management Conference has been held, the Court now sets a Case Management Conference for Wednesday, July 27, 2011 at 2 p.m. The Court notes that either party may move to appear at the Case Management Conference via telephone. Such a request should be made by administrative motion at least a week before the Case Management Conference.

One week before the Case Management Conference, the parties must submit a joint Case Management Statement, in accordance with Civil Local Rule 16-9(a) and the Standing Order for All Judges of the Northern District of California - Contents of Joint Case Management Statement. The parties are encouraged to contact the Federal Legal Assistance Self-Help center by calling 408-297-1480, or visiting the Court's website at http://cand.uscourts.gov/helpcentersj.

The Court believes this case could benefit from a Magistrate Judge Settlement Conference. If the parties agree, they should file a joint statement (or individual statements) saying that they wish to engage in such a Conference, and the Court will order one. The parties shall file any such

1

1  statement by April 29, 2011.  If the settlement conference is not completed by July 27, 2011, the

2  Court will continue the case management conference.

3  **IT IS SO ORDERED.**

4  Dated: April 7, 2011

_____
LUCY H. KOH
United States District Judge

2

Case No.: 10-CV-02239-LHK
ORDER SETTING CASE MANAGEMENT CONFERENCE