United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| KATHLEEN MARY VIERRA, ) | Case No.: 10-CV-02239-LHK |
| ) | |
| Plaintiff, ) | |
| v. ) | ORDER TO SHOW CAUSE WHY CASE |
| ) | SHOULD NOT BE DISMISSED FOR |
| STEPHEN J. HUNT, ) | FAILURE TO PROSECUTE |
| ) | |
| Defendant. ) | |
| ) | |

This case was filed on May 24, 2010.  The Court set a Case Management Conference for today, July 27, 2011, and ordered that the parties submit Case Management Statements one week before the Case Management Conference.  Neither party submitted a Case Management Statement, and neither party appeared at the Case Management Conference.  The parties previously failed to appear at a Case Management Conference set for August 31, 2010, and failed to submit Case Management Statements before every Case Management Conference set thus far (including conferences set for August 31, 2010, December 14, 2010 and March 29, 2011).

The Court orders Plaintiff to show cause why this case should not be dismissed for failure to prosecute.  **Plaintiff's response is due August 3, 2011**.  The Court sets a hearing on the Order to Show Cause on **August 10, 2011 at 2 p.m. in courtroom 8, 4th Floor**.  If Plaintiff fails to respond to the Order to Show Cause, or fails to appear at the August 10, 2011 hearing, this case will be dismissed for failure to prosecute.

1

Case No.: 10-CV-02239-LHK
ORDER TO SHOW CAUSE

1  **IT IS SO ORDERED.**

2  Dated: July 28, 2011

    _____
    LUCY H. KOH
    United States District Judge

Case No.: 10-CV-02239-LHK
ORDER TO SHOW CAUSE